**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

KENTORIO MARQUS WARD,

     Petitioner,

     v.

CHATHAM COUNTY SHERIFF RICHARD
COLEMAN,

     Respondent.

CIVIL ACTION NO.: 4:26-cv-162

**O R D E R**

Before the Court is the Magistrate Judge's June 24, 2026, Report and Recommendation, (doc. 4), to which objections have been filed, (doc. 5).   After a careful de novo review, the Court agrees with the Magistrate Judge's recommendations.   Petitioner's Objections do not present any argument that alters the Magistrate Judge's sound conclusions that (1) monetary damages are not available pursuant to 28 U.S.C. § 2241, and (2) that the instant Petition is unexhausted.   (See generally doc. 5.)   Petitioner's Objection is, therefore, **OVERRULED**.   (Id.)   The Report and Recommendation is, therefore, **ADOPTED**.   (Doc. 4.)   Ward's Petition is **DISMISSED without prejudice**.   (Doc. 1.)   Applying the Certificate of Appealability (COA) standards, which are set forth in Brown v. United States, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); see Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal).   And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith.   Thus, *in forma pauperis* status on

appeal is likewise **DENIED**.   28 U.S.C. §°1915(a)(3).   The Clerk is **DIRECTED** to **CLOSE** this case.

     **SO ORDERED**, this 29th day of July, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA