AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Kentorio Marqus Ward

      Petitioner

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER: 4:26-cv-00162

Chatham County Sheriff Richard Colemen

      Respondent

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Order of this Court dated July 29, 2026, adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court. Ward's Petition is DISMISSED without prejudice. In forma pauperis status on appeal is likewise DENIED. This case stands closed.

7/29/2026
*Date*



John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020